FILED

**NOT FOR PUBLICATION**

JAN 02 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff - Appellee,<br><br>  v.<br><br>JESUS ANTONIO ENRIQUEZ-<br>MONTANO, a.k.a. Jesus Enriquez,<br><br>     Defendant - Appellant. | Nos. 11-10633<br>       11-10634<br><br>D.C. Nos. 4:11-cr-01415-DCB<br>          4:06-cr-00910-DCB<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Stephen J. Murphy, III, District Judge, Presiding[**]

Submitted December 19, 2012[***]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

In these consolidated appeals, Jesus Antonio Enriquez-Montano appeals

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Stephen J. Murphy, III, United States District Judge for the Eastern District of Michigan, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

from the district court's judgments and challenges his guilty-plea conviction and 64-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and the consecutive 21-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Enriquez-Montano's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Enriquez-Montano the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Enriquez-Montano has waived his right to appeal his conviction and sentence, and also waived his right to challenge the revocation of supervised release and the sentence imposed upon revocation. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waivers. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeals. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**